FILED DATE: 12/2/2020 1:06 PM 2020L012797

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

Summons - Alias Summons

(08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

JENNIFER PRUSINSKI

(Name all parties)

v.

William Garrett, Lubenow Express, LLC

Case No. 2020L012797

✓ SUMMONS    ALIAS SUMMONS

**PLEASE SERVE:**
Darrell Lubenow, agent of Lubenow Express
1764 Ridgemont Circle
De Pere, WI 54115

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org

Page 1 of 3

| Summons - Alias Summons | (08/01/18) CCG 0001 B |
|---|---|

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Atty. No.: 36772

Atty Name: Mark A. Kuchler, Esq.

Atty. for: Plaintiff

Address: 20 N. Clark Street, Suite 3300

City: Chicago

State: IL  Zip: 60602

Telephone: (312) 425-2600

Primary Email: mkuchler@rklawoffices.com

Witness: _____

12/2/2020 1:06 PM IRIS Y. MARTINEZ

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

FILED DATE: 12/2/2020 1:06 PM 2020L012797

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

### Daley Center Divisions/Departments

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org

FIRM ID 36772

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

FILED
12/2/2020 1:06 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
11329801

FILED DATE: 12/2/2020 1:06 PM  2020L012797

| | |
|---|---|
| JENNIFER PRUSINSKI, | ) |
| Plaintiff, | ) |
| v. | ) No. 2020L012797 |
| WILLIAM GARRETT, and LUBENOW EXPRESS LLC | ) |
| Defendants. | ) |

## COMPLAINT AT LAW

The Plaintiff, JENNIFER PRUSINSKI, by her attorney, Mark A. Kuchler, of the law firm RONALDSON AND KUCHLER, L.L.C., and complaining of the Defendants, WILLIAM GARRETT and LUBENOW EXPRESS LLC ("LUBENOW EXPRESS"), alleges as follows:

### NEGLIGENCE – AUTO – WILLIAM GARRETT

### COUNT I

1. At all times relevant herein, and specifically on April 14, 2020, the Plaintiff, JENNIFER PRUSINSKI, was a resident of the City of Countryside, County of Cook and State of Illinois.

2. At all times relevant herein, and specifically on April 14, 2020, the Defendant, WILLIAM GARRETT, held a commercial Drivers License in the State of Wisconsin.

3. On April 14, 2020, LUBENOW EXPRESS held title to the 2019 International Truck ("Truck") that collided with Plaintiff, JENNIFER PRUSINSKI, on April 14, 2020.

4. On information and belief, or about April 14, 2020, the Defendant, WILLIAM GARRETT, was operating aforesaid Truck in the capacity of agent, servant, and/or employee of

the Defendants, LUBENOW EXPRESS, traveling southbound on East Avenue, in the Village of LaGrange, County of Cook and State of Illinois.

5. On or about April 14, 2020, the Plaintiff, JENNIFER PRUSINSKI, was the lawful operator of a 2020 Chevrolet Traverse traveling westbound on 47th Street and she stopped at the stop sign at East Avenue, in the Village of La Grange, County of Cook and State of Illinois.

6. At all times relevant herein, the Plaintiff, JENNIFER PRUSINSKI, was operating her vehicle in a manner exercising ordinary care for her own safety and the safety of others lawfully in and about the roadway.

7. At all times relevant herein, the Defendant, WILLIAM GARRETT, was under a duty to exercise reasonable care in the use and operation of his vehicle so as to avoid injuries or damage to others, including the Plaintiff herein.

8. At all times relevant herein, while the Plaintiff, JENNIFER PRUSINSKI, was lawfully travelling westbound on 47th Street, the Defendant, WILLIAM GARRETT, operated his vehicle in such a manner so as to collide with the Plaintiff's vehicle.

9. At or about the time, date and place alleged, the Defendant, WILLIAM GARRETT, was negligent in one or more or all of the following respects:

> a. Failed to keep a proper lookout for others lawfully on the roadway, including the Plaintiff, JENNIFER PRUSINSKI;
>
> b. Failed to reduce the speed of his vehicle to avoid colliding with the vehicle operated by the Plaintiff, JENNIFER PRUSINSKI, in violation of 625 ILCS 5/11-601(a);
>
> c. Failed to obey a stop sign, in violation of 625 ILCS 5/11-1204(b).

2

d. Failed to stop and to yield the right of way in an intersection when he had the view of oncoming traffic, in violation of 625 ILCS 5/11-904(b).

e. Was otherwise careless, reckless or negligent.

10. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions of Defendant, WILLIAM GARRETT, Defendant's vehicle collided into the passenger's side of the vehicle operated by the Plaintiff, JENNIFER PRUSINSKI, causing severe injury to Plaintiff's person.

11. That as a direct and proximate result, the Plaintiff, JENNIFER PRUSINSKI, suffered severe injuries, of a permanent and lasting nature, which have caused and will continue to cause pain in the body and mind; and the Plaintiff was caused to expend and in the future will be compelled to expend, large sums of money for medical care in endeavoring to be cured of these injuries; and the Plaintiff has been and in the future will be prevented from attending to her usual affairs and duties, which has resulted in lost wages from her employment.

WHEREFORE, the Plaintiff, JENNIFER PRUSINSKI, prays that this Honorable Court enter a judgment in her favor, and against the Defendant, WILLIAM GARRETT, in an amount in excess of the jurisdictional limits of this Court and for costs associated with bringing this action, and for such other and further relief as this Court deems just and proper.

## NEGLIGENCE – AUTO – LUBENOW EXPRESS
### COUNT II

1. At all times relevant herein, the Plaintiff, JENNIFER PRUSINSKI, was a resident of the City of Countryside, County of Cook and State of Illinois.

3

2. At all times relevant herein, Defendant, LUBENOW EXPRESS, was licensed to conduct business in the State of Illinois, transacted business regularly within the State of Illinois, and specifically within the County of Cook, on or about April 14, 2020.

3. On April 14, 2020, Defendant, LUBENOW EXPRESS, held title to the 2019 International Truck ("Truck") that collided with the Plaintiff, JENNIFER PRUSINSKI, on April 14, 2020.

4. On information and belief, on or about April 14, 2020, the Defendant, WILLIAM GARRETT, was operating aforesaid Truck in the capacity of agent, servant, and/or employee of the Defendant, LUBENOW EXPRESS, traveling southbound on East Avenue, in the City of LaGrange, County of Cook and State of Illinois.

5. On April 14, 2020, Plaintiff, JENNIFER PRUSINSKI owned and held title to the 2020 Chevrolet Traverse ("Car") that the Plaintiff, JENNIFER PRUSINSKI was driving on April 14, 2020.

6. At all times relevant herein, the Plaintiff, JENNIFER PRUSINSKI, was travelling westbound on 47th Street and stopped at the stop sign at East Avenue in the Village of LaGrange, Illinois.

7. The Defendant, LUBENOW EXPRESS'S, Truck operated by its agent, servant, and/or employee, WILLIAM GARRETT, was traveling southbound on East Avenue in the Village of LaGrange, Illinois and the Truck failed to stop at the stop sign and subsequently collided into the Plaintiff, JENNIFER PRUSINKSI'S Car.

8. At all times relevant herein, Plaintiff, JENNIFER PRUSINSKI, was exercising ordinary care for her own safety and the safety of others as the driver of the Car.

FILED DATE: 12/2/2020 1:06 PM 2020L012797

9. At all times relevant herein, it was the duty of the Defendants, and each of them, to exercise ordinary care in the use and operation of their motor vehicles so as not to cause harm or injury to the public at large and to the Plaintiff in particular.

10. That the Defendants, and each of them, were then and there guilty of one or more of the following careless and negligent acts and/or omissions:

>   a. Failed to keep a proper lookout for others lawfully on the roadway, including the Plaintiff, JENNIFER PRUSINSKI;
>
>   b. Failed to reduce the speed of his vehicle to avoid colliding with the vehicle operated by the Plaintiff, JENNIFER PRUSINSKI, in violation of 625 ILCS 5/11-601(a);
>
>   c. Failed to obey a stop sign, in violation of 625 ILCS 5/11-1204(b).
>
>   d. Failed to stop and to yield the right of way in an intersection when he had the view of oncoming traffic, in violation of 625 ILCS 5/11-904(b).
>
>   e. Was otherwise careless, reckless or negligent.

11. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions of Defendants, each of them, LUBENOW EXPRESS's vehicle then and there operated by its agent and/or employee, WILLIAM GARRETT collided into the passenger's side of the Car operated by the Plaintiff, JENNIFER PRUSINSKI, causing severe injury to Plaintiff's person.

12. That as a direct and proximate result, the Plaintiff, JENNIFER PRUSINSKI, suffered severe injuries, of a permanent and lasting nature, which have caused and will continue to cause pain in the body and mind; and the Plaintiff was caused to expend and in the future will be compelled to expend, large sums of money for medical care in endeavoring to be cured of these injuries; and the Plaintiff has been and in the future will be prevented from attending to her usual affairs and duties.

WHEREFORE, the Plaintiff, JENNIFER PRUSINSKI, demands judgment against the Defendant, LUBENOW EXPRESS, in an amount in excess of the jurisdictional limits of this Court

FILED DATE: 12/2/2020 1:06 PM 2020L012797

and for costs associated with bringing this action, and for such other and further relief as this Court deems just and proper.

                            Respectfully submitted,

                            */s/ Mark A. Kuchler*
                            Mark A. Kuchler, Attorney for Plaintiff

Mark A. Kuchler, Esq.
RONALDSON AND KUCHLER, L.L.C.
20 North Clark Street
Suite 3300
Chicago, Illinois 60602
(312) 425-2600
Firm ID 36772

6

Subject Copy

Serve:

**Lubenow Express LLC**
**c/o Darrell Lubenow Agent of**
**Lubenow Express**
No Phone Number
@ 1764 Ridgemont Cir

Town of LEDGEVIEW

Summons, Complaint

Court Date:

Manner: David Zander Safety Dir

Date: 12/9/20  Time: 10:45

Deputy: [signature] 277

# AVAILABLE RESOURCES

**Non-Emergency Dispatch**
(920) 391-7450

**Family Services**
300 Crooks Street - Green Bay
24 Hour Crisis Center Hotline
(920) 436-8888

**Family Violence Center / Golden House**
1120 University Avenue - Green Bay
Office: (920) 435-0100
Help Line / TTY: (920) 432-4244
Toll Free: (877) 431-4321

**NEW Community Shelter**
301 Mather Street - Green Bay
(920) 437-3766

**St Johns Homeless Shelter**
411 St John Street - Green Bay
(920) 436-9344

**Micah Center**
7000 E Walnut Street - Green Bay
(920) 617-8700

**Landlord Tenant Resource Center**
(877) 238-RENT (7368)
www.tenantresourcecenter.org

**Aging and Disability Resource Center**
300 S Adams Street - Green Bay
(920) 448-4300

**Salvation Army**
626 Union Court - Green Bay
(920) 497-7053

**Legal Resources of Brown County**
701 Cherry St - Green Bay
Tuesday Only
4pm - 7pm
https://www.wilegaladvice.org/Home/Index
Call 211 for information